**Attachment A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

AUG 22 2022

Tommy E. Goodson
*Your full name*

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

### FEDERAL TORTS CLAIM ACT
### COMPLAINT

v.

Civil Action No.: 3:22-CV-141 (Groh/Trumble/Sims)
_____
*(To be assigned by the Clerk of Court)*

UNITED STATES OF AMERICA

### I.     JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

### II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.    Your full name: Tommy E Goodson     Inmate No.: 18449-039
         Address: Federal Correctional Institution - Gilmer
         P.o. Box 6000, Glenville wv 26351

### III.   PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution:          FcI - Gilmer

   A.    Is this where the events concerning your complaint took place?
         ☑ Yes      ☐ No

---

*United States District Court*          7          *Northern District of West Virginia-2013*

**Attachment A**

Tommy Goodson

If you answered "NO," where did the events occur?

N A

N A

N A

## IV.  PREVIOUS LAWSUITS

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☐ Yes  ☑ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s): _____ N A _____
Defendant(s): _____ N A _____
_____ N A _____

2.  Court: _____ N A _____
(If federal court, name the district; if state court, name the county)

3.  Case Number: _____ N A _____

4.  Basic Claim Made/Issues Raised: _____ N A _____
_____ N A _____
_____ N A _____
_____ N A _____

5.  Name of Judge(s) to whom case was assigned: _____ N A _____
_____ N A _____

6.  Disposition: _____ N A _____
(For example, was the case dismissed? Appealed? Pending?)

7.  Approximate date of filing lawsuit: _____ N A _____

**Attachment A**

Tommy Goodson

8.    Approximate date of disposition. Attach copies:_____NA_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _____NA_____
_____NA_____
_____NA_____
_____NA_____

E.    Did you exhaust **ALL** available administrative remedies?
☐ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _____NA_____
_____NA_____
_____NA_____
_____NA_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:    NA

Plaintiff(s): _____NA_____

Defendant(s): _____NA_____
_____

**Attachment A**

*Tommy Goodson*

2.      Name and location of court and case number: _____ *NA* _____
_____ *NA* _____
_____ *NA* _____

3.      Grounds for dismissal:    ☐ frivolous        ☐ malicious
☐ failure to state a claim upon which relief may be granted    *NA*

4.      Approximate date of filing lawsuit: _____ *NA* _____

5.      Approximate date of disposition: _____ *NA* _____

## V.      ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.      Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☑ Yes        ☐ No

B.      If your answer is "YES," answer the questions below:

*See Appendix ① & ②*  ← 1.      Identify the type of written claim you filed: *Intentional Tort of Infliction of Emotional Distress and Negligence*

*See Appendix ① & ②*  ← 2.      Date your claim was filed: *4/20/2022*

*See Appendix ① & ②*  ← 3.      Amount of monetary damages you requested in your claim: *$ 20,000,000.00 (Twenty million Dollars).*

4.      If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

*See Appendix ③*  { I.      Date of the written acknowledgment: *July 13, 2022*
ii.      Claim Number assigned to your claim: *TRT-MXR-2022-05632*

C.      If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?    ☑ Yes        ☐ No

**Attachment A**

*Tommy Goodson*

D.   If your answer is "YES," answer the questions below:

1.   Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:
USDOJ, U.S. Attorney General, 950 Pennsylvania Ave NW, Washington DC 20530, USDOJ FBOP, 320 First street NW, Washington DC 20534; USDOJ-FBOP, mid Atlantic Regional office, 302 Sentinal Drive, Suite #200, Annapolis Junction MD 20701,

*see Appendix (4)*

2.   Identify the type of written claim(s) you filed: Intentional Tort of Infliction of Emotional Distress and Negligence,

*see Appendix (1) through (14)*

3.   Date your claim(s) were filed: 4/20/2022

*see appendix (1)*

4.   Amount of monetary damages you requested in your claim(s):
$ 20,000,000.00 (Twenty million Dollars)

*see appendix (1)*

5.   If you received a written Acknowledgment of receipt of your claim(s), state the:

I.   Date of the written Acknowledgment: July 13, 2022

ii.   Claim Number assigned to your claim: TRT-MXR-2022-05632

*see appendix (3)*

E.   If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
☐ Yes      ☐ No

1.   If you answered "YES," state the:

I.   Date you requested reconsideration: NA

ii.   Date the agency acknowledged receipt of your request for reconsideration: NA

---

**Attachment A**

*Tommy Goodson*

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: <u>Intentional Tort of Infliction of Emotional Distress And Negligence.</u>

Supporting Facts: ( i ) On 5/8/2020, the Federal Bureau of Prisons ("FBOP") inacted their BOP Guidance on AEROSol Generating Procedures ("AGP's"). See Attached AGP's Appendix Pages 14 through 18. The AGP's were adopted from California — see continuous pages 1 through 8.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

USDOJ, FBOP, FCI-Gilmer located in West Virginia: mr McCoy DO clinical Director: ms. Thomas assistant Health Services Administrator. unknown Health Services Administrator. mr. Hudgins, former warden FCI-Gilmer, and mr Wolfe warden FCI-Gilmer.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," please explain: "All" those named above were employees of the United States Department of Justice — Federal Bureau of Prisons and acting pursuant to that status when injuring Tommy Goodson

CLAIM 2: _____ NA
_____ NA
_____ NA

Tommy Goodson

Supporting Facts: _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____ N/A _____
_____ N/A _____
_____ N/A _____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No      N/A

If your answer is "YES," please explain: _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

CLAIM 3: _____ N/A _____
_____ N/A _____
_____ N/A _____

Supporting Facts: _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____ N/A _____
_____ N/A _____
_____ N/A _____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No      N/A

**Attachment A**

Tommy Goodson

If your answer is "YES," please explain: _____ NA _____

_____ NA _____

_____ NA _____

_____ NA _____

CLAIM 4: _____ NA _____

_____ NA _____

_____ NA _____

Supporting Facts: _____ NA _____

_____ NA _____

_____ NA _____

_____ NA _____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____ NA _____

_____ NA _____

_____ NA _____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No      NA

If your answer is "YES," please explain: _____ NA _____

_____ NA _____

_____ NA _____

_____ NA _____

_____ NA _____

CLAIM 5: _____ NA _____

_____ NA _____

_____ NA _____

Supporting Facts: _____ NA _____

_____ NA _____

_____ NA _____

**Attachment A**

*Tommy Goodson*

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____ N A _____
_____ N A _____
_____ N A _____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☐ Yes     ☐ No     N A

If your answer is "YES," please explain: _____ N A _____
_____ N A _____
_____ N A _____
_____ N A _____
_____ N A _____

## VII.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. As a result of the circumstances described in paragraphs (i) through (v) above, I Tommy Goodson suffer from the following severe injuries from 5/8/2020 To present and still counting which form the basis of my Intentional Tort of Infliction of Emotional Distress and Negligence claim including — see Continuous pages 1 through 8.

## VIII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Demand of Trial by Jury, Compensatory damages in the amount of $20,000,000.00 (Twenty million Dollars) To be awarded To Tommy Goodson, and Appointment of Counsel.

_____
_____

*Tommy Goodson*

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FcI-Gilmer, P.o. Box 6000, Glenville WV 26351_ on _August 18, 2022_
                     (Location)                                          (Date)

_Tommy E Dodson_
Your Signature

---

Tommy Goodson
FEDERAL TORT CLAIM ACT COMPLAINT   FTCA

CLAIM #1 ; Supporting Facts: correctional Health care services memorandum ; Aerosol Generating Procedures on May 8, 2020.

The BOP Guidance on Aerosol Generating Procedures of 5/8/2020 clearly state: CPAP/BiPaP "most patients use a CPAP machine for sleep Apnea. In most, it may be reasonable to consider that the risk of aerosolization of the SARS CoV-2 virus leading to transmission of the disease during a pandemic outweigh the risks of the short term discontinuation of CPAP use". However, "In Patients with severe sleep Apnea with co-morbidities such as morbid obesity, pulmonary hypertension, cardio-myopathy, etc, even the temporary discontinuation of BiPaP or CPAP may constitute a higher risk", therefore, "when the decision is made to allow the patient to continue using CPAP-BiPaP, the following procedures should be considered for implementation in an effort to mitigate the spread of Covid-19". Id at appendix 15

"For patients that test negative, housing adjustments should be made as feasible, In order of preference :

— They should be single celled with a solid door that closes. The door should be closed when BiPAP or CPAP is in use ;

Attachment Page 1 of 8

Tommy Goodson

FEDERAL TORT CLAIM ACT COMPLAINT  FTCA

- when in the room, staff should use appropriate PPE to include: N95 mask, face shield or eye protection, gown and gloves.
- minimize number of staff and the amount of time spent in rooms where CPAP/BiPAP are in use.
- Room and equiptment must be disinfected prior to allowing a new patient to occupy a room previously used by a CPAP/BiPAP user.
- If single cells are limited, prioritize use of these rooms to patients under quarantine.
- cohort CPAP wearers to one area of uniting lower bunk;
- House them maximally distanced from others;
- CPAP/BiPAP must be set up and used with a full-face, non vented CPAP mask with an inline viral filter attached to the intake and exhalation ports. The viral filters should be changed daily;
- If the recommended set up is not readily obtainable, the humidifier chamber should be removed.
- when in the room, staff should use appropriate PPE to include: N95 mask, face shield or eye protection, gown and gloves.
- As of the writing of this guidance, there are no special or increased cleaning recommendations for CPAP/BiPaP

Attachment Page 2 of 8

Tommy Goodson
FTCA

FEDERAL TORT CLAIM ACT COMPLAINT

equipment or machines. Patients should be reminded to perform their usual regularly scheduled daily and weekly cleaning regimens as recommended by the equipment must be disinfected prior to allowing a new patient to occupy a room previously used by a CPAP/BiPAP users; and

- The CPAP/BiPAP sign should be posted on the door to alert staff regarding necessary PPE if entering the room" Id at Appendix 15, 16, and 18.

(ii) Tommy Goodson suffers from Severe sleep apnea requiring the use of a CPAP machine, morbid obesity with a BMI of 56, hypertention, high cholesterol, Diabetes, scitzophrenia, depression, Glaucoma, cateracts, shortness of breath, Headaches, To illustrate the severity of Tommy Goodson' obstructive sleep apnea, medical staff here at FCI-Gilmer. did not confiscate his CPAP machine throughout the entire Coronavirus pandemic and still Counting. See medical records of Tommy Goodson Appendix 29-31, see also sworn affidavit of Tommy Goodson at 1 Appendix 24;

(iii) Alarmingly, here at FCI-Gilmer provider McCoy, DO, clinical Director, mrs, Thomas, assistant Health service Administrator, unknown, Health Services Administrator,

Attachment Page 3 of 8

Tommy Goodson

FEDERAL TORT CLAIM ACT COMPLAINT FTCA

former warden - mr. Hudgins, and warden - Wolfe FCI-Gilmer, knowingly, willfully, and intentionally chose to not implement any of the BOP Guidance on Aerosol Generating Procedures that were inacted on 5/8/2020, throughout the ongoing coronavirus Pandemic, with the exception of a bottom bunk Pass and a secured cell door. See Affidavit "sworn" of Tommy Goodson at 2 Appendix 24 & 25;

(iv) Here, mccoy, DO, clinical Director, ms. thomas, assistant Health Services Administrator, unknown Health Services Administrator, mr. Hudgins former warden FCI-Gilmer, and mr. Wolfe, warden FCI-Gilmer, knowingly, willfully, and intentionally chose not to implement the AGP's that were inacted on 5/8/2020, chose to make no effort to mitigate the spread of COVID-19, chose to conceal the AGP's that were inacted on 5/8/2020 from Tommy Goodson and the rest of the FCI-Gilmer Inmate Population, chose to breach their duty to keep Tommy Goodson and the rest of the FCI-Gilmer Inmates safe from the spread of Covid-19, and chose to cause Tommy Goodson deliberate and reckless infliction of severe mental and physical suffering and injury, which is outrageous

Attachment Page 4 of 8

Tommy Goodson

FEDERAL TORT CLAIM ACT COMPLAINT FTCA

and negligent conduct. all of the above was done despite : (A) FCI-Gilmer reporting that nearly 20% of its' facility inmates are currently infected with, in recovery of, or died from covid-19, see Bureau of Prisons, COVID-19 coronavirus, "COVID-19 CASES" (available at: https://www.bop.gov/coronavirus/) (last visited 2/7/2022 to 2/22/2022 before 3:00 Pm, see Also FCI-Gilmer Covid-19 Rates Appendix 21 through 24, (B) over 1 million deaths in the united States from Covid-19, (C) The State of west virginia is operating under code Red conditions from covid-19 at this time. (D) cannot social Distance due to overcrowding here at FCI-Gilmer, (E) Constant Breakthrough infections of COVID-19 and omicron and Delta virus variants here at FCI-Gilmer, (F) I made the united States Attorney General, the USDOJ, FBOP, and the USDOJ, FBOP, mid Atlantic Regional office aware of this matter via SF-95 Form, See Appendix 4, (G) other federal Prisons did implement "all" the AGP's inacted on 5/8/2020 including but not limited to FCI-williamsburg located in south carolina, see Appendix 19, (H) the mayo clinic advises, "People with obstructive sleep Apnea have been found to be a higher risk of developing a severe form of Covid-19 and needing hospital treatment than those who dont have obstructive

Attachment Page 5 of 8

Tommy Goodson
FTCA

FEDERAL TORT CLAIM ACT COMPLAINT

sleep Apnea", see mayo clinic, "obstructive sleep apnea"
July 27, 2021 (available at : https://www.mayo
clinic.org/diseases-conditions/obstructive-sleep-
Apnea (symptoms-causes/syc-20352090)(last
visited 2/22/2022), see sworn Affidavit of
Tommy Goodson at 3; see also appendix 25 & 26
      (v) On or about, 8-19-2021 Inmate
michael shawn Brown, Reg No. 55524-056, arrived
here at FCI-Gilmer in west virginia after being
transferred from FCI-williamsburg located in
south carolina, michael shawn Brown suffers from
severe sleep apnea requiring the use of a CPAP
machine, upon arrival at FCI-Gilmer michael
shawn Brown made Tommy Goodson aware of
the following: (A) the B.O.P. Guidance on Aerosol
Generating Procedures inacted on 5-8-2020,
(B) that FCI-williamburg located in south carolina
did implement "all" the BOP Guidance on Aerosol
Generating Procedures inacted on 5/8/20;
and (c) that FCI-Gilmer did not implement any of
the B.O.P. Guidance on Aerosol Generating Procedures
inacted on 5/8/20, with the exception of a Bottom
Bunk and a solid metal cell Door, see sworn
Affidavit of michael shawn Brown, Reg No. 55524-056,
Appendix 19 & 20, moreover, I, Tommy Goodson
            Attachment Page 6 of 8

Tommy Goodson

FEDERAL TORT CLAIM ACT COMPLAINT  FTCA

became aware of the B.O.P. Guidance on Aerosol Generating Procedures inacted on 5/8/2020 for the first time on 8-19-2021 thanks to michael shawn Brown. Prior to 8-19-2021 I, Tommy Goodson did not know that the B.O.P. Guidance on Aerosol Generating Procedures inacted on 5/8/2020 ever existed because they were intentionally concealed in bad faith by McCoy, DO, clinical Director, ms Thomas Assistant Health Services Administrator, unknown Health Services Administrator, mr. Hudgins former warden FCI-Gilmer, and mr. Wolfe warden FCI-Gilmer,

Here the SF-95 form and this Federal Tort claim act complaint submitted by Tommy Goodson are both properly and timely submitted as a matter of fact and law, see sworn affidavit of Tommy Goodson at 4 Appendix 26 & 27.

(vi) INJURY: but not limited to severe and acute mental suffering, Anxiety, psychological Distress, phychosocial Distress, physical pain and discomfort, Emotional pain and discomfort, High blood pressure, Panic Attacks, Night sweats, Headaches, Insomnia,

Attachment page 7 of 8

Tommy Goodson FTCA

FEDERAL TORT CLAIM ACT COMPLAINT

Erectile Dysfunction, Emotional Numbness, chronic fatigue, Brain fog, Coughing, Memory loss, Joint and muscle pain, Soar throat, see sworn Affidavit of Tommy Goodson at 5 Appendix 28.

Attachment Page 8 of 8